

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00052-CV

JOHN AUSTIN BASHAM, DARLIA                                    APPELLANTS
LEE HOBBS, AND TEXANS FOR
GOVERNMENT TRANSPARENCY

V.

TARRANT REGIONAL WATER                                       APPELLEES
DISTRICT, VICTOR W.
HENDERSON, JACK STEVENS,
MARTY LEONARD, JIM LANE, AND
MARY KELLEHER, IN THEIR
OFFICIAL CAPACITIES AS
DIRECTORS OF THE TARRANT
REGIONAL WATER DISTRICT

------------

### FROM THE 48TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellants' "Motion To Dismiss Appeal As Moot."  It is

the court's opinion that the motion should be granted; therefore, we dismiss the

appeal.  *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by appellants, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and MCCOY, J.

DELIVERED: April 24, 2014